■

## In the Matter of Michael B. HAUGHEE.

### No. 45S00–0508–DI–373.

Supreme Court of Indiana.

Oct. 31, 2006.

*ORDER CONVERTING SUSPENSION FOR NONCOOPERATION WITH THE DISCIPLINARY PROCESS TO INDEFINITE SUSPENSION*

On April 3, 2006, pursuant to Ind. Admission and Discipline Rule 23(10)(f), this Court suspended respondent, Michael B. Haughee, from the practice of law in this state for failing to provide to the Disciplinary Commission a response to a grievance filed against him. The Disciplinary Commission has now moved to have respondent's suspension converted to an indefinite suspension from the practice of law pursuant to Admis.Disc.R. 23(10)(f)(4). Respondent has not responded to the Commission's motion to convert his current suspension.

We now find that more than six months have passed since respondent was suspended due to his noncooperation with the disciplinary process. Accordingly, given the passage of time and respondent's continued failure to cooperate with the disciplinary process, we further find that respondent's suspension should be converted to an indefinite suspension from the practice of law, pursuant to Admis.Disc.R. 23(10)(f)(4).

IT IS, THEREFORE, ORDERED that the current suspension from the practice of law of respondent, Michael B. Haughee, for failure to cooperate with the disciplinary process is hereby converted to an indefinite suspension, effective immediately. Accordingly, in order to become readmitted to the practice of law in this state, respondent must successfully petition this Court for readmittance pursuant to Admis.Disc.R. 23(4).

The Clerk of this Court is directed to forward notice of this order to respondent by certified mail, return receipt requested, at his address as reflected in the Roll of Attorneys; to the Disciplinary Commission; to West Publishing Company for publication in the advance sheets and bound volumes of this Court's decisions, and as provided in Admis.Disc.R. 23(3)(d).

All Justices concur.

■

## In the Matter of Michael B. HAUGHEE.

### No. 45S00–0512–DI–649.

Supreme Court of Indiana.

Oct. 31, 2006.

*ORDER CONVERTING SUSPENSION FOR NONCOOPERATION WITH THE DISCIPLINARY PROCESS TO INDEFINITE SUSPENSION*

On April 3, 2006, pursuant to Ind. Admission and Discipline Rule 23(10)(f), this Court suspended respondent, Michael B. Haughee, from the practice of law in this state for failing to provide to the Disciplinary Commission a response to a grievance filed against him. The Disciplinary Commission has now moved to have respondent's suspension converted to an indefinite suspension from the practice of law pursuant to Admis.Disc.R. 23(10)(f)(4). Respondent has not responded to the Commission's motion to convert his current suspension.

We now find that more than six months have passed since respondent was suspended due to his noncooperation with the disciplinary process. Accordingly, given the passage of time and respondent's continued failure to cooperate with the disciplinary process, we further find that respondent's suspension should be converted to an indefinite suspension from the practice of law, pursuant to Admis.Disc.R. 23(10)(f)(4).

IT IS, THEREFORE, ORDERED that the current suspension from the practice of law of respondent, Michael B. Haughee, for failure to cooperate with the disciplinary process is hereby converted to an indefinite suspension, effective immediately. Accordingly, in order to become readmitted to the practice of law in this state, respondent must successfully petition this Court for readmittance pursuant to Admis.Disc.R. 23(4).

The Clerk of this Court is directed to forward notice of this order to respondent by certified mail, return receipt requested, at his address as reflected in the Roll of Attorneys; to the Disciplinary Commission; to West Publishing Company for publication in the advance sheets and bound volumes of this Court's decisions, and as provided in Admis.Disc.R. 23(3)(d).

All Justices concur.

**In the Matter of James R. KILBURN.**

**No. 72S00–0609–DI–330.**

Supreme Court of Indiana.

Oct. 31, 2006.

### ORDER SUSPENDING RESPONDENT FROM THE PRACTICE OF LAW IN INDIANA

On September 20, 2006, this Court ordered the respondent, James R. Kilburn, to show cause why he should not be immediately suspended from the practice of law in this state due to his failure to respond to the Indiana Supreme Court Disciplinary Commission's demands for a response to a grievance filed against him. The order required that the respondent show cause in writing within 10 days of service of the order. The Commission has also moved this Court to impose costs against the respondent, pursuant to Ind.Admission and Discipline Rule 23(10)(f)(5), in the amount of $530.34.

The Court finds that the respondent has not submitted a response to the *Order to Show Cause* dated September 20, 2006. Accordingly, the Court finds that the respondent should be suspended immediately from the practice of law in Indiana pursuant to Admis.Disc.R. 23(10)(f), and costs assessed against the respondent in the amount of $530.34.

IT IS, THEREFORE, ORDERED that the respondent, James R. Kilburn, is hereby suspended from the practice of law, effective immediately. Pursuant to Admis.Disc.R. 23(10)(f)(4), the suspension shall continue until: 1) the Executive Secretary of the Disciplinary Commission certifies to the Court that he has cooperated with the investigation; 2) the investigation or any related disciplinary proceedings that may arise from the investigation is